FILED IN CHAMBERS
U.S.D.C. - Rome
SEP 0 4 2013
JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERYL FOWLER, PATRICK LUCAS, WANDA LUCAS, and WILLIAM J. MORTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCANA ENERGY MARKETING, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:12-CV-02356-RLV<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING JOINT MOTION TO STAY ALL PROCEEDINGS
IN THIS CASE PENDING PRIVATE MEDIATION**

This cause came before the Court on the parties' joint motion to stay this case pending private mediation. For the reasons described in the joint motion, the Court grants the motion and stays all proceedings in this case, including the deadlines for briefing regarding Plaintiffs' motion for class certification and the close of discovery, pending the anticipated mediation. The Court establishes the following deadlines for further proceedings, if the mediation does not resolve the matter in its entirety:

| Event | New Deadline/Schedule |
|---|---|
| Plaintiffs' responses to outstanding discovery requests | 7 days following order lifting stay |
| Plaintiffs' depositions | 14 days following service of Plaintiffs' discovery responses |
| SCANA's response to Plaintiffs' motion for class certification | 21 days following completion of Plaintiffs' depositions |
| Plaintiffs' reply on motion for class certification | 21 days following service of SCANA's response to Plaintiffs' motion for class certification |
| Discovery cut-off | 4 months following order lifting stay |

This 4th day of September, 2013.

Judge Robert L. Vining, Jr.
United States District Court
Northern District of Georgia