UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERYL FOWLER, PATRICK LUCAS, WANDA LUCAS, and WILLIAM J. MORTON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCANA ENERGY MARKETING, INC.,<br><br>Defendant. | Case No. 1:12-cv-02356-RLV |

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

COME NOW Plaintiffs Sheryl Fowler, Patrick Lucas, Wanda Lucas and William J. Morton ("Plaintiffs"), on behalf of themselves and all others similarly situated, and without objection from Defendant SCANA Energy Marketing, Inc. ("SCANA"), hereby move for preliminary approval of the class action settlement ("Settlement") attached to their supporting brief.

For all the reasons set forth in Plaintiffs' supporting brief, Plaintiffs, with the support of SCANA, respectfully request that the Court grant preliminary approval of the parties' Settlement, approve the notice plan and schedule proposed by the parties, and appoint counsel listed above as Class Counsel.

1

A proposed order is attached.

Respectfully submitted this 14th day of August, 2014.

        /s/ Jason R. Doss_____
        Jason R. Doss
        Georgia Bar No. 227117
        THE DOSS FIRM, LLC
        36 Trammell Street, Suite 101
        Marietta, Georgia 30064
        770-578-1314 (Telephone)
        770-578-1302 (Facsimile)
        jasondoss@dossfirm.com

Jeffrey D. Bores
Minnesota Bar No. 229699
Bryan L. Bleichner
Minnesota Bar No. 326689
Chestnut Cambronne PA
17 Washington Avenue North
Suite 300
Minneapolis, Minnesota 55401-2048
(612) 339-7300 (T)
(612) 336-2940 (Facsimile)
kcambronne@chestnutcambronne.com
jbores@chestnutcambronne.com
bbleichner@chestnutcambronne.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 7.1(D) of the Local Rules of the District of Georgia, the undersigned counsel for Plaintiffs hereby certifies that the foregoing document was prepared in a font and point selection approved by this Court and authorized in Local Rule 5.1(C).

                                                          s/Jason R. Doss_____
                                                          Jason R. Doss
                                                          Georgia

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERYL FOWLER, PATRICK LUCAS, ) <br> WANDA LUCAS, ) <br> and WILLIAM J. MORTON ) <br> on behalf of themselves and ) <br> all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) Case No. 1:12-cv-02356-RLV <br> v. ) <br> ) <br> SCANA ENERGY MARKETING, INC., ) <br> ) <br> Defendant. ) <br> _____/ | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the forgoing *Unopposed Motion For Preliminary Approval of Class Action Settlement* with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Submitted this 14th day of August 2014.

/s/ Jason R. Doss_____
Jason R. Doss
Georgia Bar No. 227117
The Doss Firm, LLC
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (Telephone)
(770) 578-1302 (Facsimile)
jasondoss@dossfirm.com

4